THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MOLLIE SCHWARTZ, Appellant.— Judgment of a city magistrate, holding a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting the defendant of a violation of the Multiple Dwelling Law and imposing a fine, reversed on the law, the information dismissed and the fine remitted. There was no proof of

compliance with subdivision 1 of section 326 of the Multiple Dwelling Law, in respect of the service of a notice or an order upon the defendant relative to the alleged violations. Proof of timely service thereof was indispensable to a finding of guilt. (*People* v. *Sagat,* 204 App. Div. 485.) The cases invoked by the respondent are not to the contrary. The case of *Tenement House Department* v. *Weil* (76 Misc. 273, 275), relied upon in *People* v. *Whitelow* (166 N. Y. S. 141 [not officially published], is in accord with the later but more authoritative case of *People* v. *Sagat* (*supra*). Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur.